IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| SOLVAY CHEMICALS INTERNATIONAL SOCIÉTÉ ANONYME; SOLVAY COORDINATION INTERNATIONALE DES CREDITS COMMERCIAUX;<br><br>Plaintiffs,<br><br>v.<br><br>OWENS-ILLINOIS DE PUERTO RICO, LLC<br><br>Defendant. | CIVIL NO. 08-1328 (JAF)<br><br>BREACH OF CONTRACT<br>COLLECTION OF MONIES<br><br>CONFIDENTIAL<br>FILE UNDER SEAL<br><br>JURY TRIAL DEMANDED |

### PRELIMINARY INJUNCTION ORDER

A Show Cause Hearing was held on March 28, 2008, in which the parties agreed that the Temporary Restraining Order issued on March 18, 2008 and amended on March 27, 2008 is to be converted into a Preliminary Injunction during the pendency of this action. In consideration of the above, this Court HEREBY issues a PRELIMINARY INJUNCTION as follows:

**IT IS HEREBY ORDERED** that during the pendency of this action, Owens is prohibited from alienating its existing inventory of any and all of 7,568,000 kg of Solvay's unpaid soda ash found in its facilities or in any facility under the control of Owens-Illinois de Puerto Rico, LLC ("Owens").

**IT IS FURTHER ORDERED** that Owens is forbidden from transferring, assigning or in any other way disposing of any of its assets up to $1,697,241.70, except if such transfer is made in the ordinary course of business.

**IT IS FURTHER ORDERED** that Owens shall cooperate with the United States Marshal or other designated law enforcement officers, process servers, Plaintiffs' legal representatives and their assistants, the private investigators and their personnel or assistants, including the technicians engaged to assist Plaintiffs and said firms, as specified in this order, in identifying the 7,568,000 kg of Solvay's unpaid soda ash in stock in the Owens' manufacturing facility in Vega Alta, Puerto Rico and its assets up to $1,697,241.70.

ISSUED at 4:37 p.m., in San Juan, Puerto Rico, this 31st day of March, 2008.

JOSÉ ANTONIO FUSTÉ
Chief United States District Judge